IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRENCE JOSEPH VERGE                                                                 PLAINTIFF

v.                               Civil No. 4:06-cv-04068

HOPE POLICE DEPARTMENT;
JOHN WEAVER, Police Officer,
City of Hope, Arkansas Police Department;
DANIEL STEWARD, Police Officer,
City of Hope, Arkansas Police Department;
J.R. WILSON, Chief of Police, City of Hope,
Arkansas Police Department                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Terrence Verge filed this civil rights action on August 15, 2006. He proceeds pro se and *in forma pauperis*.

When he filed the action, plaintiff was incarcerated at the Hempstead County Detention Facility. Plaintiff notified the court on September 19, 2006 of his change of address to the Omega Technical Violator Center in Malvern, Arkansas. Plaintiff again notified the court of a change in address on December 8, 2006. The most recently updated address appears to be the address of a residence. Plaintiff has not informed the court of any further changes in address, and mail sent to the most recently provided address has not been returned to the court.[1]

A Motion to Compel was filed on April 20, 2007 and an Order to Compel discovery entered

---

[1] According to information available on the Arkansas JusticeXchange website, www.justiceexchange.com, plaintiff was released from the detention center on November 20, 2006.

-1-

on April 26, 2007 (Doc. 24) giving plaintiff until May 10, 2007, to respond to discovery. No response to the order has been made. Plaintiff has not communicated with the court in anyway.

On May 11, 2007, the Defendants filed a Motion to Dismiss (Doc. 29). In their motion, defendants indicate Plaintiff has failed to respond to the discovery requests. Defendants indicate they have been unable to correspond with the plaintiff regarding his past due discovery responses because all mail sent to Plaintiff receives no response.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action. Fed. R. Civ. P. 41. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of June 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE