IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERRENCE JOSEPH VERGE                                 PLAINTIFF

VS.                        Case No. 4:06-CV-4068

HOPE POLICE DEPARTMENT,
JOHN WEAVER, Police Officer,
City of Hope, Arkansas Police
Department, DANIEL STEWARD,
Police Officer, City of Hope, Arkansas
Police Department, J.R. WILSON,
Police Officer, City of Hope,
Arkansas Police Department                             DEFENDANTS

## ORDER

       Before the Court is the Report and Recommendation filed June 1, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 33). Judge Bryant recommends dismissal of Plaintiff Terrence Joseph Verge's *pro se* civil rights action for failure to comply with orders of the court and failure to prosecute. Verge has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED**.

       Also before the Court is a Motion for Extension of Time to File Dispositive Motion, filed on behalf of Defendants John Weaver, Daniel Steward, J.R. Wilson and the Hope Police Department. (Doc. 34). The Court's adoption of Judge Bryant's Report and Recommendation and dismissal of this matter renders this motion moot. The same is hereby **DENIED**.

       **IT IS SO ORDERED**, this 26th day of June, 2007.

                                                     /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge